UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-08740-HDV<br>2:25-bk-15628-DS | Date | 8/31/2026 |
| Title | *In Re Osheen Haghnazarian* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL – ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Pursuant to the Federal Rules of Bankruptcy Procedure, it appears from the record in this matter that:

[ ] Appellant has failed to timely file the Notice of Appeal.

Accordingly, Appellant is ordered to show cause in writing on or before [date], why this appeal should not be dismissed for lack of jurisdiction.

[ ] **Appellant has failed to timely file**:

[ ] the statement of issues (Fed. R. Bankr. P. 8009)
[ ] the designation of issues (Fed. R. Bankr. P. 8009)
[ ] pay the filing fee [28 USC Section 930(b) and (c)]
[ ] the notice re reporter's transcript.
[ ] the appeal brief.

Please see Notice of Bankruptcy Appeal Document Discrepancy, filed on October 8, 2025. Dkt. # [9]. Accordingly, Appellant is hereby ordered to show cause in writing, on or before **October 30, 2025**, why this appeal should not be dismissed for lack of prosecution. If the required action has been taken, and the documents are filed with the

Clerk of the Bankruptcy Court, no further response to the order to show cause is necessary.

[X ] Appellee has failed to timely file the reply brief.

Accordingly, Appellee is hereby ordered to show cause in writing, on or before **September 8, 2026**, why the Order appealed from should not be reversed for failure to defend the appeal. If the required action has been taken, no further response to this order to show cause is necessary.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**